PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Martin Monsegur                                        Docket No.09CR00828-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Michele Roman** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Martin Monsegur**, who was placed under pretrial release supervision by **the Honorable Patty Shwartz** sitting in the Court at Newark, New Jersey, on October 15, 2009, under the following conditions:

1. $250,000 appearance bond secured by the available equity in the property located at 74 West Town Street, Norwich, Ct., co-signed by Catharine Hernandez and Roslinda Monsegur.
2. Pretrial Services supervision.
3. Travel restricted to New Jersey, Connecticut and New York.
3. Defendant's wife, Catharine Hernandez, to serve as third party custodian.
4. Drug testing and treatment as deemed appropriate by Pretrial Services.
5. Maintain residence, unless approved by Pretrial Services.
6. Surrender passport and do not apply for additional travel documents.
7. Seek and maintain employment, as approved by Pretrial Services.
8. Home detention: Restricted to residence at all times except for employment, education; religious services; medical, substance abuse, mental health treatment, attorney visits, court appearances, or other activities as pre-approved by Pretrial Services.

The defendant pled guilty before Your Honor on November 6, 2009 to Conspiracy to Distribute Controlled Substance. Sentencing is scheduled on April 6, 2011 before Your Honor.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **the condition of home detention with location monitoring be removed.**

ORDER OF COURT

Considered and ordered this 31st day of
_____, 31 and ordered filed and made a
part of the records in the above case.

Honorable Jose L. Linares
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed
on _____

Michele Roman
U.S. Pretrial Services Officer